**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**PAULA M. CHITWOOD,**

**PLAINTIFF**

v.            CIVIL ACTION NO. 3:23-CV-00400-RSE *(E-FILED)*

**MARTIN O'MALLEY, COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**

**DEFENDANT**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).